In the Matter of VIRGINIA REPPER et al., Appellants, against A. HOLLY PATTERSON et al., Constituting the Town Board of the Town of Hempstead, Respondents.

Argued April 13, 1954; decided May 27, 1954.

*Jules B. St. Germain,* in person, and *Harry Pfeffer* for Jules B. St. Germain and another, appellants.

*John A. Morhous, Town Attorney,* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.